Jacob DE KORSE, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

Louis LOPPY, Petitioner, v. SAME.

Nos. 10225 and 10226.

Circuit Court of Appeals, Sixth Circuit.

Nov. 18, 1946.

Edgar W. Pugh and George L. Cassidy, both of Detroit, Mich., for petitioner.

Douglass W. McGregor, of Washington, D. C., for respondent.

Before HICKS, ALLEN, and MILLER, Circuit Judges.

PER CURIAM.

These consolidated causes were heard upon the transcript of record, briefs and arguments of counsel, on consideration whereof, it is ordered and adjudged that the decision of the Tax Court 5 T.C. 94, that the business income attributed by the petitioners to members of their families under a so-called partnership agreement is includable in petitioners' gross income, is

affirmed upon the authority of Commissioner v. Tower, 327 U.S. 280, 66 S.Ct. 532, and Lusthaus v. Commissioner, 327 U.S. 293, 66 S.Ct. 539, both decided by the Supreme Court on February 25, 1946; and that the petitioner Koppy is taxable on the 1940 and 1941 earnings of his minor son, is affirmed upon the grounds and for the reasons set out in the Findings of Fact and Opinion of the Tax Court promulgated May 22, 1945.

Hartzell William LEMONS, Petitioner, v. UNITED STATES of America.

No. 13461.

Circuit Court of Appeals, Eighth Circuit.

Nov. 7, 1946.

Hartzell William Lemons, pro se.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., for respondent.

PER CURIAM.

Petition of petitioner for leave to appeal in forma pauperis, 67 F.Supp. 985, denied.